## Case No. 14,633.

UNITED STATES v. BOYER.

Circuit Court, D. Pennsylvania. April 25, 1829.

[This was an indictment against Jacob K. Boyer for counterfeiting. The charge of Mr. Justice Washington is nowhere reported: 3 Haz. Reg. Pa. 289, containing a mere newspaper account of the trial.]